UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RAFAEL A. JONES, SR., | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) No. 4:12CV238 AGF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Jones's motion to vacate under 28 U.S.C. § 2255. In the motion, Jones, who is serving a state imposed prison sentence, seeks to reverse an adverse judgment in a civil action. Section 2255 only provides relief to prisoners in custody under a federal sentence. As a result, Jones's grounds for relief are not cognizable in § 2255 proceedings, and the Court will summarily dismiss this action. See 28 U.S.C. § 2255 Rule 4.

Moreover, the Court notes that Jones is a frequent filer of frivolous and malicious lawsuits, and he may not proceed in forma pauperis in civil actions because he has incurred at least three "strikes" under 28 U.S.C. § 1915(g). The instant filing appears to be an attempt to circumvent § 1915(g) through creative titling of his pleadings. This is impermissible.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

Dated this 21st day of February, 2012.

                                                 _/s/ Audrey G. Fleissig_
                                                 AUDREY G. FLEISSIG
                                                 UNITED STATES DISTRICT JUDGE